FILED

01/27/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0101

IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| THOMAS C. WEINER, M.D., <br><br> Plaintiff and Appellant, <br><br> v. <br><br> ST. PETER'S HEALTH, a Montana Domestic Nonprofit Corporation, d/b/a St. Peter's Hospital, WADE JOHNSON, JAMES TARVER, M.D., KERRY HALE, M.D., SHELLY HARKINS, M.D., TODD WAMPLER, M.D., RANDY SASICH, M.D., and JOHN DOES 1-5, <br><br> Defendants and Appellees. | Cause No. DA 24-0101 <br><br><br> **ORDER GRANTING MOTIONTO WITHDRAW AS ATTORNEY OF RECORD** |

Upon reading and filing of Defendant Randy Sasich, M.D., Motion to Withdraw as Attorney of Record and good cause appearing, IT IS HEREBY ORDERED that Jason T. Holden, Jean E. Faure, Katie R. Ranta, and the firm of Faure Holden Henkel Terrazas, P.C. (f/k/a Faure Holden Attorneys at Law, P.C.) are withdrawn as counsel for Defendant, Randy Sasich, M.D.

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
January 27 2025